# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### PHILADELPHIA DIVISION

| | |
|---|---|
| **In re:** <br><br> **NANCY VIBERT,** <br>        Debtor , <br> **U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST C/O U.S. BANK TRUST NATIONAL ASSOCIATION,** <br>        Movant, <br> v. <br> **NANCY VIBERT,** <br> **and** <br> **GERLUS BIASSOU,** <br>         Debtor/Respondent <br> **KENNETH E. WEST, Esquire** <br>            Trustee/Respondent | **Bankruptcy No. 20-10462-amc** <br><br> **Chapter 13** |

## ORDER VACATING AUTOMATIC STAY

AND NOW, this         day of            , 2022, upon consideration of U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association's Certification of Default, it is hereby

ORDERED, that the automatic stay provisions of Section 362 of the Bankruptcy Code are hereby unconditionally terminated with respect to U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association; and it is further

ORDERED, that U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association, its successors and/or assignees be entitled to proceed with appropriate state court remedies against the property located at 7022 Walnut Street, Upper Darby, PA 19082, including without limitation a sheriff's sale of the property, and it is further

ORDERED that U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association's request to waive the 14-day stay period pursuant to Fed.R.Bankr.P. 4001(a)(3) is granted.

BY THE COURT

**Date: October 31, 2022**

_____
Hon. Ashely M. Chan
U.S. Bankruptcy Court Judge