## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 20-10462-AMC |
| Nancy Vibert | : Chapter 13 |
|         Debtor | : |
| | : |
| | : |
| U.S Bank Trust National Association, not | : |
| In its individual capacity but solely as | : |
| Owner trustee for RCF 2 Acquisition Trust | : |
| c/o U.S. Bank Trust National Association | : |
| | : |
|         Movant | : |
|         vs. | : |
| Nancy Vibert, Guiteau Biassou and Gerlus Biassou | : |
| | : |
|         Debtor and | : |
|         Non-Filing Co-Debtors | : |
| | : |
| Kenneth E. West | : |
|         Trustee/Respondent | : |

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

Upon consideration of the Certification of Default filed by U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association and with good cause therefore, it is

**ORDERED** the automatic stay in effect pursuant to 11 U.S.C. § 362(a), is hereby modified/terminated for cause pursuant to 11 U.S.C. § 362(d) as to the Movant, its agents, assigns or successors in interest, so that the Movant, its agents, assigns or successors in interest, may take any and all action under applicable state law to exercise its remedies against the Premises described as 7022 WALNUT ST., UPPER DARBY, Pennsylvania 19082, including but not limited to foreclosure of its mortgage on the Premises; and it is further

**ORDERED**, that in the event this case is converted to a case under any other chapter of the U.S. Bankruptcy Code, this Order will remain in full force and effect; and it is further:

**ORDERED,** that the Movant shall promptly report to the Chapter 13 Trustee any surplus monies realized by any sale of the Property.

Dated: November 1, 2023

_____
Honorable Ashely M. Chan
UNITED STATES BANKRUPTCY JUDGE